UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS ESPARZA DE SUAREZ, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-13-2969 |
| RAND BEERS, *et al.*, *Defendants*. | § § § | |

### ORDER OF DISMISSAL

Pending before the court is plaintiff Maria de Jesus Esparza de Suarez's ("Suarez") first amended petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Dkt. 7.  On June 10, 2013, the Immigration Judge ("IJ") entered an order of removal for Suarez's return to Mexico.  *Id.* at 3.  Suarez claims that the IJ's conduct during the hearing and her ultimate decision violated Suarez's rights to due process and certain rights under international law.  *Id.* at 6.  However, even assuming that the IJ's order was erroneous, this court does not have jurisdiction to hear a petition for a writ of habeas corpus relating to a final removal order.  *See* 8 U.S.C. § 1252(a)(5).  Suarez's sole federal court avenue for relief in these circumstances is to file a petition for a writ of review with the Fifth Circuit Court of Appeals.  *Merlan v. Holder*,  667 F.3d 538, 539 (5th Cir. 2011).  Suarez's first amended petition is therefore **DISMISSED** for want of jurisdiction.

Signed at Houston, Texas on November 12, 2013.

_____
Gray H. Miller
United States District Judge